# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved May 5, 2017, as Public Law 115-31, div. F, tit. VI, 131 Stat. 135, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border security towers, roads, fencing, vehicle barriers, security lighting, cameras, sensors, and/or related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tracts:  RGV-RGC-R1304E, RGV-RGC-R1304TE-1, RGV-RGC-R1304TE-2,
RGV-RGC-R1304TE-3, RGV-RGC-R1304TE-4
Owner:  Jorge Luis R. Guerra, *et al*.
Acres:  1.5509

RGV-RGC-R1304E

**Being** a 0.963 acre (41,939 square feet) 40 foot wide Ingress and Egress Easement, being out of the Francisco Guerra Survey, Abstract No. 330, Porción 66, Starr County, Texas, being out of Share No. 464 of the Partition Deed recorded in Volume 114, Page 62, Deed Records of Starr County, Texas and being out of a called 75.04 acre tract conveyed to Ruben E. Guerra, Jorge R. Guerra and Carlos Alberto R. Guerra by Warranty Deed recorded in Volume 885, Page 292, Official Records of Starr County, Texas, said 40 foot wide Ingress and Egress Easement being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-R1304", said point being in the south line of the called 75.04 acre tract and the north line of a called 53.43 acre tract conveyed to J.H. Guerra by Warranty Deed with Reservation of One-Fourth Royalty Interest recorded in Volume 188, Page 204, Deed Records of Starr County, Texas, said point having the coordinates of N=16691777.871, E=788116.746;

**Thence:** S 80-32-33 E, with the south line of the called 75.04 acre tract and the north line of the called 53.43 acre tract, for a distance of 114.07' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-R1304-1=R1305-7" for the **Place of Beginning** and southwest corner of Tract RGV-RGC-R1304, said point being in the south line of the called 75.04 acre tract and the north line of the called 53.43 acre tract, said point having the coordinates of N=16691759.127, E=788229.264, said point bears N 02-25-08 W, a distance of 11,195.78' from United States Army Corps of Engineers Control Point No. 138, said point marking a point of curvature to the right;

**Thence:** departing the north line of the called 53.43 acre tract, over and across the called 75.04 acre tract, the following courses and distances:

- Along said curve to the right for an arc distance of 147.95', with a central angle of 38-11-06 and a radius of 222.00', with a chord bearing of N 37-38-47 E for a distance of 145.23' to the point of tangency;

## SCHEDULE C, con't.

- N 56-44-20 E, for a distance of 895.38' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-R1302-2-2=R1304-3" for the northwest corner of Tract RGV-RGC-R1304, said point being in the north line of the called 75.04 acre tract and the south line of Share No. 467 recorded in Volume 114, Page 62, Deed Records of Starr County, Texas and conveyed to Clemmaco, LTD. By Deed recorded in Volume 685, Page 275, Official Records of Starr County, Texas;

**Thence:** S 80-34-16 E, with the north line of the called 75.04 acre tract and the south line of Share No. 467, for a distance of 58.99' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-R1302-2-1=R1304-4" for the northeast corner of Tract RGV-RGC-R1304;

**Thence:** departing the south line of share 467, over and across the called 75.04 acre tract, the following courses and distances:

- S 56-44-20 W, for a distance of 938.74' to a point of curvature to the left;

- Along said curve to the left for an arc distance of 114.87', with a central angle of 36-09-46 and a radius of 182.00', with a chord bearing of S 38-39-27 W for a distance of 112.97' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-R1304-6=R1305-8" for the southeast corner of Tract RGV-RGC-R1304, said point being in the south line of the called 75.04 acre tract and the north line of the called 53.43 acre tract;

**Thence:** N 80-32-33 W, with the south line of the called 75.04 acre tract and the north line of the called 53.43 acre tract, for a distance of 40.62' to the **Place of Beginning**.

**SCHEDULE C, con't.**

RGV-RGC-R1304TE-1

**BEING** a 0.1759 acre tract (7,660 square feet), more or less, 30 foot wide temporary construction easement, being out of the Francisco Guerra Survey, Abstract No. 330, Porción 66, Starr County, Texas, being out of Share No. 464 of the Partition Deed recorded in Volume 114, Page 62, Deed Records of Starr County, Texas and being out of a called 75.04 acre tract conveyed to Ruben E. Guerra, Jorge R. Guerra and Carlos Alberto R. Guerra by Warranty Deed recorded in Volume 885, Page 292, Official Records of Starr County, Texas, said 0.1759 (7,660 square feet) parcel of land being more particularly described as follows;

The temporary construction easement is described as a 30 foot wide strip of land west and parallel to the west line of the permanent road easement described as:

    **COMMENCING:** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-R1304", said point being in the south line of the called 75.04 acre tract and the north line of a called 53.43 acre tract conveyed to J.H. Guerra by Warranty Deed with Reservation of One-Fourth Royalty Interest recorded in Volume 188, Page 204, Deed Records of Starr County, Texas, said point having the coordinates of N=16691777.871, E=788116.746;

    **THENCE:** S 80°32'31" E, a distance of 114.07 feet to the **Point of Beginning** of temporary construction easement, said point having a coordinate of N=16691759.127, E=788229.265;

    **THENCE:** along a curve to the right having a radius of 222 feet, an arc length of 147.953 feet, and a central angle of 38°11'6", with a chord bearing of N 37°38'47" E, a chord distance of 145.23 feet to a point on tangent;

    **THENCE:** N 56°44'20" E, a distance of 95.954 feet, along the west line of the permanent road easement and there terminating.

**CONTAINING** 0.1759 acres (7,660 square feet), more or less.

**SCHEDULE C, con't.**

RGV-RGC-R1304TE-2

**BEING** a 0.1366 acre tract (5,952 square feet), more or less, 30 foot wide temporary construction easement, being out of the Francisco Guerra Survey, Abstract No. 330, Porción 66, Starr County, Texas, being out of Share No. 464 of the Partition Deed recorded in Volume 114, Page 62, Deed Records of Starr County, Texas and being out of a called 75.04 acre tract conveyed to Ruben E. Guerra, Jorge R. Guerra and Carlos Alberto R. Guerra by Warranty Deed recorded in Volume 885, Page 292, Official Records of Starr County, Texas, said 0.1366 (5,952 square feet) parcel of land being more particularly described as follows;

The temporary construction easement is described as a 30 foot wide strip of land east and parallel to the east line of the permanent road easement described as:

COMMENCING: at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-R1304", said point being in the south line of the called 75.04 acre tract and the north line of a called 53.43 acre tract conveyed to J.H. Guerra by Warranty Deed with Reservation of One-Fourth Royalty Interest recorded in Volume 188, Page 204, Deed Records of Starr County, Texas, said point having the coordinates of N=16691777.871, E=788116.746;

THENCE: S 80°32'35" E, a distance of 154.693 feet to the **Point of Beginning** of temporary construction easement, said point having a coordinate of N=16691752.454, E=788269.336;

THENCE: along a curve to the right having a radius of 181.994 feet, an arc length of 114.867 feet, and a central angle of 36°9'46", with a chord bearing of N 38°39'27" E, a chord distance of 112.97 feet to a point on tangent;

THENCE: N 56°44'20" E, a distance of 95.954 feet, along the east line of the permanent road easement and there terminating.

**CONTAINING** 0.1366 acres (5,952 square feet), more or less.

**SCHEDULE C, con't.**

RGV-RGC-R1304TE-3

**BEING** a 0.1377 acre tract (6,000 square feet), more or less, 30 foot wide temporary construction easement, being out of the Francisco Guerra Survey, Abstract No. 330, Porción 66, Starr County, Texas, being out of Share No. 464 of the Partition Deed recorded in Volume 114, Page 62, Deed Records of Starr County, Texas and being out of a called 75.04 acre tract conveyed to Ruben E. Guerra, Jorge R. Guerra and Carlos Alberto R. Guerra by Warranty Deed recorded in Volume 885, Page 292, Official Records of Starr County, Texas, said 0.1377 (6,000 square feet) parcel of land being more particularly described as follows;

The temporary construction easement is described as a 30 foot wide strip of land north and parallel to the north line of the permanent road easement described as:

    **COMMENCING:** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-R1304", said point being in the south line of the called 75.04 acre tract and the north line of a called 53.43 acre tract conveyed to J.H. Guerra by Warranty Deed with Reservation of One-Fourth Royalty Interest recorded in Volume 188, Page 204, Deed Records of Starr County, Texas, said point having the coordinates of N=16691777.871, E=788116.746;

    **THENCE:** N 58°50'0" E, a distance of 817.546 feet to the **Point of Beginning** of temporary construction easement, said point having a coordinate of N=16692200.973, E=788816.293;

    **THENCE:** N 56°44'20" E, a distance of 200.00 feet, along the east line of the permanent road easement and there terminating.

**CONTAINING** 0.1377 acres (6,000 square feet), more or less.

## **SCHEDULE C, con't.**

RGV-RGC-R1304TE-4

**BEING** a 0.1377 acre tract (6,000 square feet), more or less, 30 foot wide temporary construction easement, being out of the Francisco Guerra Survey, Abstract No. 330, Porción 66, Starr County, Texas, being out of Share No. 464 of the Partition Deed recorded in Volume 114, Page 62, Deed Records of Starr County, Texas and being out of a called 75.04 acre tract conveyed to Ruben E. Guerra, Jorge R. Guerra and Carlos Alberto R. Guerra by Warranty Deed recorded in Volume 885, Page 292, Official Records of Starr County, Texas, said 0.1377 (6,000 square feet) parcel of land being more particularly described as follows;

The temporary construction easement is described as a 30 foot wide strip of land south and parallel to the south line of the permanent road easement described as:

 **COMMENCING:** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-R1304", said point being in the south line of the called 75.04 acre tract and the north line of a called 53.43 acre tract conveyed to J.H. Guerra by Warranty Deed with Reservation of One-Fourth Royalty Interest recorded in Volume 188, Page 204, Deed Records of Starr County, Texas, said point having the coordinates of N=16691777.871, E=788116.746;

 **THENCE:** N 61°37'39" E, a distance of 819.983 feet to the **Point of Beginning** of temporary construction easement, said point having a coordinate of N=16692167.529, E=788838.23;

 **THENCE:** N 56°44'20" E, a distance of 200.00 feet, along the east line of the permanent road easement and there terminating.

**CONTAINING** 0.1377 acres (6,000 square feet), more or less.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



LAND TO BE CONDEMNED

Tracts:  RGV-RGC-R1304E, RGV-RGC-R1304TE-1, RGV-RGC-R1304TE-2, RGV-RGC-R1304TE-3, RGV-RGC-R1304TE-4
Owner:  Jorge Luis R. Guerra, *et al*.
Acreage:  1.5509

## SCHEDULE D, con't.



## SCHEDULE D, con't.

### LINE TABLE

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S80° 34' 16"E | 58.99' |
| L2 | N80° 32' 33"W | 40.62' |
| L3 | S80° 32' 33"E | 114.07' |

### CURVE TABLE

| CURVE | RADIUS | LENGTH | DELTA | CHORD BEARING | CHORD LENGTH |
|---|---|---|---|---|---|
| C1 | 222.00' | 147.95' | 38°11'06" | N37° 38' 47"E | 145.23' |
| C2 | 182.00' | 114.87' | 36°09'46" | S38° 39' 27"W | 112.97' |

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16691759.127 | 788229.264 | RGV-RGC-R1304-1=R1305-7 |
| 2 | 16691874.120 | 788317.969 | RGV-RGC-R1304-2 |
| 3 | 16692365.195 | 789066.666 | RGV-RGC-R1302-2-2=R1304-3 |
| 4 | 16692355.530 | 789124.864 | RGV-RGC-R1302-2-1=R1304-4 |
| 5 | 16691840.673 | 788339.907 | RGV-RGC-R1304-5 |
| 6 | 16691752.452 | 788269.336 | RGV-RGC-R1304-6=R1305-8 |
| 7 | 16691777.871 | 788116.746 | POC RGV-RGC-R1304 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/10/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019800
7266 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1816

<table>
<tr><td colspan="2">Drawing Ref. No.<br>SHEET 5 OF 6</td><td><b>EASEMENT EXHIBIT</b><br>RUBEN E. GUERRA, JORGE LUIS R. GUERRA<br>& CARLOS ALBERTO R. GUERRA<br><b>TRACT No. RGV-RGC-R1304 E</b><br><b>STARR COUNTY</b>     <b>TEXAS</b></td><td>Mark Description ... Date Appr<br>1 BOUNDARY CHANGE 2/4/19<br>2 REVISIONS MADE 3/7/19<br>3 BOUNDARY CHANGE 5/28/19<br><br>CONTRACT NO.: W9127S-14-D-0013<br>T.O.: W9127S-18-F-0139</td><td>Drawn JDB 5/19<br>Checked LMK 5/19<br>Surveyor JDB 5/19<br>Fld Bk. #<br>TEXAS LICENSED SURVEYING FIRM<br>B&F ENGINEERING, INC.<br>NO. 10193941</td><td><br><b>ENGINEERING, INC.</b><br>924 AIRPORT ROAD<br>HOT SPRINGS, AR 71913<br>(PH) 501-767-2366<br>(FAX) 501-767-6669<br>(EMAIL) info@bnfeng.com</td><td>US Army Corps<br>of Engineers</td></tr>
</table>

MDS PROJ. NO. 18-200-00    FILE NAME: RGV-RGC-R1304    DATE: 5/28/2019

## SCHEDULE D, con't.



## SCHEDULE D, con't.



SCOLARI.JOSEPH .V.III.1228863927 7. Digitally signed by SCOLARI.JOSEPH.V.III.1228863927 Date: 2020.06.07 15:43:47 -05'00'

JOSEPH SCOLARI, PLS, PSM (NJ & FL) UNDER FEDERAL AUTHORITY US ARMY CORPS OF ENGINEERS, REAL ESTATE DIVISION FORT WORTH DISTRICT, FORT WORTH, TEXAS

SCALE: 1"=100'

**CURVE TABLE**

| CURVE | RADIUS | LENGTH | DELTA | CHORD BEARING | CHORD LENGTH |
|---|---|---|---|---|---|
| C1 | 252.00' | 172.74' | 39°16'32" | N37° 06' 04"E | 169.38' |
| C5 | 220.00' | 141.96' | 36°11'06" | S37° 38' 47"W | 145.23' |
| C7 | 152.00' | 90.02' | 33°55'53" | S39° 45' 34"W | 88.71' |
| C8 | 182.00' | 114.87' | 36°09'46" | N38° 39' 27"E | 112.97' |

30' TEMPORARY CONSTRUCTION EASEMENT RGV-RGC-R1304-TE-1 0.1759 ACRES 7,660 SQ. FT.

30' TEMPORARY CONSTRUCTION EASEMENT RGV-RGC-R1304-TE-2 .1366 ACRES 5,952 SQ. FT.

RUBEN E. GUERRA, JORGE LUIS R. GUERRA & CARLOS ALBERTO R. GUERRA CALLED 75.04 ACRES WARRANTY DEED VOL. 885, PG. 292 ORSC

J.H. GUERRA CALLED 53.43 ACRES WARRANTY DEED W/ RESERVATION OF ONE—FOURTH ROYALTY INTEREST VOL. 188, PG. 204 DRSC

SHARE NO. 463 CALLED 53.43 ACRES VOL 114, PG. 62 DRSC

POB RGV-RGC-R1304E-TE-1 N= 16691759.127 E= 788229.265

POB RGV-RGC-R1304E-TE-2 N= 16691752.454 E= 788269.336

Gravel Road

**LEGEND**

● IRS    5/8" REBAR W/ "MDS" CAP SET

○ CP     CALCULATED POINT

△        CONTROL POINT

DRSC    DEED RECORDS OF STARR COUNTY
ORSC    OFFICIAL RECORDS OF STARR COUNTY
PG      PAGE
POB     POINT OF BEGINNING
POC     POINT OF COMMENCING
VOL     VOLUME

_____ ACQUISITION EASEMENT
——x——x—— BARBED WIRE FENCE
— — — MATCH LINE
——P┴—— PROPERTY LINE

| SCALE 1"=100' | | TRACT RGV–RGC–R1304E |
| DRAWN: KPL | 30' TEMP. CONST. EASEMENT | TE–1 & TE–2 |
| DATE 6/5/2020 | UNITED STATES OF AMERICA | |
| SHEET NO. | CORRECTION WARRANTY DEED 747, PG 566 | |
| 1 OF 1 | STARR COUNTY, TEXAS | |

**US Army Corps of Engineers®**

## SCHEDULE D, con't.



# SCHEDULE E

## SCHEDULE E

### ESTATE TAKEN

Starr County, Texas

Tracts:  RGV-RGC-R1304E, RGV-RGC-R1304TE-1, RGV-RGC-R1304TE-2,
RGV-RGC-R1304TE-3, RGV-RGC-R1304TE-4
Owner:  Jorge Luis R. Guerra, *et al*.
Acres:  1.5509

Road and Utility Easement

Tract No. RGV-RGC-R1304E   Acres: 0.963

A non-exclusive, perpetual and assignable easement and right-of-way in, on, over, under and across the land described in Schedule C, for use by the United States, its representatives, agents, and contractors, for the location, construction, operation, maintenance, alteration and replacement of a road and aboveground and/or underground utility lines and appurtenances thereto; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere with the right-of-way; subject to existing easements for public roads and highways, public utilities, railroads and pipelines, if any; reserving however, to the owners, their heirs and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road and utility easement.

### SCHEDULE E CONT.

### ESTATE TAKEN

Temporary Construction Easement

Tract No.:  RGV-RGC-R1304TE-1   Acres:  0.1759

Tract No.:  RGV-RGC- R1304TE-2  Acres:  0.1366

Tract No.:  RGV-RGC- R1304TE-3 Acres:  0.1377

Tract No.:  RGV-RGC- R1304TE-4  Acres:  0.1377


A temporary easement and right of way in, on, over and across the land described in Schedule C for a period not to exceed 24 months beginning with date possession of the land is granted to the United States, for use by the United States, its representatives, agents, and contractors as a work area, including the right to move, store and remove equipment and supplies, and erect and remove temporary structures on the land and to perform any other work necessary and incident to the construction of the RGV Road Project, together with the right to trim, cut, fell and remove therefrom all trees, underbrush, obstructions, and any other vegetation, structures, or obstacles within the limits of the right of way; reserving, however, to the landowners, their heirs and assigns, all such rights and privileges as may be used without interfering with or abridging the rights and easement hereby acquired; subject, however, to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is ONE THOUSAND EIGHT HUNDRED FIFTY FIVE DOLLARS AND NO/100 ($1,855.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

**TRACT RGV-RGC-R1304E:**

The sum estimated as just compensation for the land being taken is ONE THOURSAND SIX HUNDRED THIRTY THREE AND 00/100 ($1,633.00).

**TRACTS RGV-RGC-R1304TE-1, RGV-RGC-R1304TE-2, RGV-RGC-R1304TE-3, RGV-RGC-R1304TE-4:**

The sum estimated as just compensation for the land being taken is TWO HUHDRED TWENTY TWO DOLLARS AND 00/100 ($222.00).

# SCHEDULE G

**SCHEDULE G**

**INTERESTED PARTIES**

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Jorge Luis R. Guerra**<br>██████<br>Falcon Heights, Texas ███ | Warranty Deed, Doc # 2001-213421; Recorded January 29, 2001, Official Records of Starr County<br><br>Affidavit of Heirship, Doc # 2015-321781; Recorded January 28, 2015, Official Records of Starr County |
| **Carlos Alberto R. Guerra**<br>██████<br>Falcon Heights, Texas ███ | Warranty Deed, Doc # 2001-213421; Recorded January 29, 2001, Official Records of Starr County<br><br>Affidavit of Heirship, Doc # 2015-321781; Recorded January 28, 2015, Official Records of Starr County |
| **Monica Ruiz Guerra aka Monica Ruiz Sanchez**<br>██████<br>Falcon Heights, Texas ███ | Affidavit of Heirship, Doc # 2015-321781; Recorded January 28, 2015, Official Records of Starr County |
| **Maria Elena Guerra**<br>██████<br>Laredo, Texas ███ | Affidavit of Heirship, Doc # 2015-321781; Recorded January 28, 2015, Official Records of Starr County |
| **Ruben Efrain Guerra**<br>██████<br>Laredo, Texas ███ | Affidavit of Heirship, Doc # 2015-321781; Recorded January 28, 2015, Official Records of Starr County |
| **Rosa Linda Guerra Gonzales**<br>██████<br>Laredo, Texas ███ | Affidavit of Heirship, Doc # 2015-321781; Recorded January 28, 2015, Official Records of Starr County |

| THIS BOX INTENTIONALLY LEFT BLANK | |
|---|---|
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas  78582 | County Property Tax Assessor |